AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.  5:14-3144-JMC |
| John Mungin, Wilmer Lee, Jr., and the John Mungin & Wilmer Lee, Jr., Partnership, d/b/a Smiley's Presto Shine & Muffler Center | ) |
| *Defendants* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: default judgment and injunctive relief is entered in favor of the Plaintiff against the Defendants and the Court permanently enjoins the defendants from:

a. Failing to pay over to the Internal Revenue Service ("IRS") federal taxes withheld from the wages of the Partnership's employees;
b. Failing to make timely federal employment and unemployment tax deposits and payments to the IRS; and
c. Failing to file timely federal employment and unemployment tax returns.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Court Judge presiding.  The court having granted plaintiff's motion for default judgment and permanent injunction.

Date:  January 26, 2015                              *CLERK OF COURT*

                                                       s/Angie Snipes
                                         _____
                                         *Signature of Clerk or Deputy Clerk*